```
Barbara Thompson, SBN 199997
Plumas County Counsel
Michael Jamison, SBN 088775
520 Main Street, Room 302
Quincy, CA 95971-9115
Telephone 530-283-6240
Fax 530-283-6116
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHMIDT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF PLUMAS, JOHN BANKS, CAROL LEE, BILL POWERS, ROBERT MEACHER, WILLIAM N. DENNISON, ROSE COMSTOCK, OLE OLSEN,<br><br>　　　　Defendants.<br>_____/ | No. CIV-S-05-1125 MCE/GGH<br><br><br>STIPULATION EXTENDING TIME TO ANSWER AND ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys that defendants and each of them shall have to and including August 31, 2005 to file an answer in the above entitled action.

DATED: August 10, 2005

　　　　　　　　　　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　TREVA HEARNE
　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

DATED: August 1, 2005

　　　　　　　　　　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　M. ANTHONY SOARES
　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT, CAROL LEE

1

```
 1  DATED: August 10, 2005
 2                                      _____/S/_____
                                        MICHAEL JAMISON
 3                                      ATTORNEY FOR DEFENDANTS COUNTY OF
                                        PLUMAS, JOHN BANKS, BILL POWERS,
 4                                      ROBERT MEACHER, WILLIAM N.
                                        DENNISON, ROSE COMSTOCK, and OLE
 5                                      OLSEN
 6
 7       IT IS SO ORDERED.
 8  DATED: August 11, 2005
 9
10                                      _____
                                        MORRISON C. ENGLAND, JR.
11                                      UNITED STATES DISTRICT JUDGE
```

2