Treva J. Hearne, Esq. (SBN 159542)
HAGER & HEARNE
910 Parr Boulevard, #8
Reno, Nevada 89512
Tel. 775/329-5800
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \*

| | |
|---|---|
| ROBERT A. SCHMIDT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PLUMAS COUNTY, CALIFORNIA; ) <br> CAROL LEE, JOHN BANKS; BILL ) <br> POWERS; ROBERT A. MEACHER; ) <br> WILLIAM N. DENNISON; ROSE ) <br> COMSTOCK and OLE OLSON; ) <br> ) <br> Defendants. ) <br> _____) | Case Number: <br>    2:05-CV-01125-MCE-GGH <br><br> **Dismissal of Parties without Prejudice** |

    Comes now, Plaintiff, Robert A. Schmidt, and dismisses the party defendant, CAROL LEE, without prejudice and with all parties bearing their own expenses of litigation and attorneys fees.


**HAGER & HEARNE**
910 Parr Blvd., #8
Reno, Nevada 89512

    ss//Treva J. Hearne                                        03/14/06
By _____        Date: _____
    TREVA J. HEARNE, ESQ.
    Attorney for Plaintiff


////

////

1 | **Agreed:**

2

3 | **COUNTY COUNSEL**
520 Main Street, Room 302
4 | Quincy, California 95971

5 |     ss//Michael Jamison                                                   02/28/06
    By _____                     Date: _____
6 |    MICHAEL JAMISON, ESQ.
       Attorney for Defendants, Plumas County et al.
7
   | **MINASIAN, SPRUANCE, MEITH,**
8 | **SOARES & SEXTON, LLP.**
       1681 Bird Street
9 | P.O. Box 1679
       Oroville, California 95965-1679
10
   |     ss//M. Anthony Soares                                              03/01/06
11 | By _____                 Date: _____
       M. ANTHONY SOARES, ESQ.
12 |    Attorney for Defendant Carol Lee

13

14
   | DATED: March 15, 2006
15

16

17 | _____
   | MORRISON C. ENGLAND, JR
18 | UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28