UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT SCHMIDT,

        Plaintiff,

   v.

COUNTY OF PLUMAS, CALIFORNIA, JOHN BANKS, CAROL LEE, BILL POWERS, ROBERT MEACHER, WILLIAM N. DENNISON, ROSE COMSTOCK and OLE OLSEN,

        Defendants.

NO. 2:05-cv-1125-MCE-GGH

ORDER

----oo0oo----

On April 25, 2006, Counsel for Defendants filed an Ex Parte Application for an Order shortening the time for hearing a Motion to Amend the Pretrial Scheduling (Status) Scheduling Order issued in this case on October 18, 2005 ("Scheduling Order"). Defendants have requested an expedited hearing given the fact that the discovery deadline in this matter is presently set to expire on May 8, 2006.

///

1

1    The Court's Scheduling Order may be modified upon a showing
2 of "good cause" pursuant to Federal Rule of Civil Procedure
3 16(b).  Rule 16(b)'s "good cause" standard primarily considers
4 the diligence of the party seeking the amendment."  <u>Johnson v.</u>
5 <u>Mammoth Recreations, Inc.</u>, 975 F.2d 604, 609 (9th Cir. 1992).
6 Here, both defense counsel Carl Fessenden's declaration and the
7 Court's own docket show that present counsel substituted into
8 this case just two weeks ago, on or about April 18, 2006.  In
9 addition, it appears to be uncontroverted, based on Mr.
10 Fessenden's declaration and attached correspondence between all
11 counsel, that discovery was largely stayed pending the outcome of
12 a mediation held on April 12, 2006.  Both these factors favor the
13 short extensions now sought by defense counsel, particularly
14 since they will not affect the other dates established by the
15 Court, include the Final Pretrial Conference on December 4, 2006
16 and the January 1, 2007 trial date.
17    Consequently, after reviewing the Ex Parte Application
18 together with the proposed Motion to Amend, and good cause
19 appearing therefor, the Court will *sua sponte* extend the
20 discovery deadline from May 8, 2006 to June 30, 2006, and the
21 Court will further extend the deadline for designating expert
22 witnesses from July 7, 2006 to July 31, 2006.  All other dates
23 established by the Scheduling Order remain unchanged.
24 ///
25 ///
26 ///
27 ///
28 ///

Since the declarations from defense counsel alone provide the requisite good cause, no hearing is deemed necessary and the Motion to Amend, which had been proposed for hearing on May 11, 2006, is hereby vacated.

   IT IS SO ORDERED.

DATED: May 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE