1  **Barbara Thompson, SBN 199997**
   Plumas County Counsel
2  COUNTY OF PLUMAS
   520 Main Street, Room 302
3  Quincy, CA 95971
   (530) 283-6240
4  (530) 283-6116 (Fax)

5  **Terence J. Cassidy, SBN 099180**
   **Carl L. Fessenden, SBN 161494**
6  PORTER, SCOTT, WEIBERG & DELEHANT
   A Professional Corporation
7  350 University Avenue, Suite 200
   Sacramento, California 95825
8  Telephone: (916) 929-1481
   Facsimile: (916) 927-3706
9
   ATTORNEYS FOR Defendants COUNTY OF PLUMAS, CALIFORNIA, JOHN BANKS,
10 BILL POWERS, ROBERT MEACHER, WILLIAM N. DENNISON, ROSE COMSTOCK
   AND OLE OLSEN

11

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 | ROBERT SCHMIDT, | Case No.:2:05-cv-1125 MCE GGH |

16 |        Plaintiff, |

17 |        v. | **STIPULATION AND ORDER TO AMEND PRE-TRIAL SCHEDULING ORDER** |

18 | COUNTY OF PLUMAS, CALIFORNIA, JOHN BANKS, CAROL LEE, BILL POWERS, ROBERT MEACHER, WILLIAM N. DENNISON, ROSE COMSTOCK and OLE OLSEN |

21 |        Defendants. |

22

23     The Court amended the Pre-Trial Scheduling Order at the request of the Defendants

24 on May 12, 2006. The Pre-Trial Scheduling Order was amended largely due to Defendants

25 retaining new counsel. Since that time, the parties have engaged in discovery, including

26 numerous depositions of the parties, written discovery, and exchange of documents.

27 ///

28 ///

                                    1

00443796.WPD

1  On April 12, 2006, the parties engaged in mediation. That proceeding was not successful. Having conducted further discovery, the parties desire to engage in further mediation efforts. It is anticipated that the mediation will be scheduled in late August or mid-September.

On June 19, 2006, Plaintiff submitted a Motion to Amend his Complaint. The parties have now agreed on a stipulation to allow that amendment. That stipulation will be filed shortly.

Defendants have called the Court regarding a date for its dispositive motion. Defendants were advised that September 11 was the date closest to the September 25, 2006 deadline for filing dispositive motions as indicated in the Pre-Trial Scheduling Order.

Based upon the foregoing, the parties hereby stipulate and agree to amend the Pre-Trial Scheduling Order. The amendment proposed only changes the date for filing dispositive motions. The parties hereby agree that dispositive motions must be heard by November 30, 2006.

Dated: July 25, 2006                    PORTER, SCOTT, WEIBERG & DELEHANT
                                        A Professional Corporation

                                        By _____/ s /_____
                                           Carl L. Fessenden
                                           Attorneys for Defendants
                                           COUNTY OF PLUMAS, CALIFORNIA,
                                           JOHN BANKS, BILL POWERS, ROBERT
                                           MEACHER, WILLIAM N. DENNISON,
                                           ROSE COMSTOCK AND OLE OLSEN


Dated: July 25, 2006                    HAGER & HEARNE

                                        By _____/ s /_____
                                           Treva Hearne
                                           Attorney for Plaintiff ROBERT
                                           SCHMIDT

///

2

00443796.WPD

1 **ORDER**

2 Based upon the Stipulation between the parties, and good cause being shown, IT IS
3 HEREBY ORDERED that the Pre-Trial Scheduling Order be modified so that the last day
4 to file dispositive motions is changed to November 30, 2006.

5

6 IT IS SO ORDERED.

7

8 Date: July 25, 2006

9
10
11 _____
    MORRISON C. ENGLAND, JR
12  UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00443796.WPD