1  **Barbara Thompson, SBN 199997**
   Plumas County Counsel
2  COUNTY OF PLUMAS
   520 Main Street, Room 302
3  Quincy, CA 95971
   (530) 283-6240
4  (530) 283-6116 (Fax)

5  **Terence J. Cassidy, SBN 099180**
   **Carl L. Fessenden, SBN 161494**
6  PORTER, SCOTT, WEIBERG & DELEHANT
   A Professional Corporation
7  350 University Avenue, Suite 200
   Sacramento, California 95825
8  Telephone:  (916) 929-1481
   Facsimile:  (916) 927-3706
9
   ATTORNEYS FOR Defendants COUNTY OF PLUMAS, CALIFORNIA, JOHN BANKS,
10 BILL POWERS, ROBERT MEACHER, WILLIAM N. DENNISON, ROSE COMSTOCK
   AND OLE OLSEN
11

12
                    UNITED STATES DISTRICT COURT
13
                   EASTERN DISTRICT OF CALIFORNIA
14

15 ROBERT SCHMIDT,                        No.: 2:05-cv-1125-MCE-GGH

16          Plaintiff,

17     v.                                 **STIPULATION AND ORDER**
                                          **REGARDING MOTION TO AMEND**
18 COUNTY OF PLUMAS, CALIFORNIA,          **COMPLAINT**
   JOHN  BANKS,  CAROL  LEE,  BILL
19 POWERS,   ROBERT   MEACHER,
   WILLIAM  N.  DENNISON,  ROSE
20 COMSTOCK and OLE OLSEN

21          Defendants.
   _____/
22

23        Plaintiff has proposed to amend his complaint.  A copy of that Proposed First

24 Amended Complaint is attached to the Stipulation as Exhibit A.

25        It is here by stipulated and agreed by and between the parties that:

26        (1)  Plaintiff may file his First Amended Complaint which is attached hereto as

27 Exhibit A;

28 ///

                                         1

00442311.WPD

1    (2)  That this will be the last amendment by the Plaintiff, unless necessary to conform

2  to evidence presented at trial;

3    (3)  Defendants maintain their right to conduct discovery on the new issues and

4  allegations raised in the amended complaint until October 31, 2006;

5    (4)  The Stipulation between the parties shall not be considered a waiver of any claims

6  or defenses by the Defendants, including those based upon statutes of limitations, or relating

7  to the filing of administrative complaints; and

8    (5) The parties agree to move the deadline for the filing of dispositive motions.

9

10  Dated: July 20, 2006                    PORTER, SCOTT, WEIBERG & DELEHANT
                                            A Professional Corporation
11
                                            By_____/ s /_____
12                                              Carl L. Fessenden
                                                Attorneys for Defendants
13                                              COUNTY OF PLUMAS, CALIFORNIA,
                                                JOHN BANKS, BILL POWERS, ROBERT
14                                              MEACHER, WILLIAM N. DENNISON,
                                                ROSE COMSTOCK AND OLE OLSEN
15
16  Dated: July 20, 2006                    HAGER & HEARNE

                                            By_____/ s /_____
17                                              Treva Hearne
                                                Attorney    for    Plaintiff   ROBERT
18                                              SCHMIDT

19                                **ORDER**

20    Based upon the Stipulation between the parties, and good cause being shown, IT IS

21  HEREBY ORDERED that the Plaintiff may file his First Amended Complaint.

22    IT IS SO ORDERED.

23  Date: July 25, 2006

24

25

26                                          _____
                                            MORRISON C. ENGLAND, JR
27                                          UNITED STATES DISTRICT JUDGE

28

2