UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHMIDT, | No. 2:05-cv-1125-MCE-GGH |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| COUNTY OF PLUMAS, CALIFORNIA, JOHN BANKS, CAROL LEE, BILL POWERS, ROBERT MEACHER, WILLIAM N. DENNISON, ROSE COMSTOCK, and OLE OLSEN, | |
| Defendants. | |

Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled.[1] In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before December 22, 2006.

///

///

///

---

[1] In light of the Court's Order Re: Settlement and Disposition, the December 4, 2006 Final Pretrial Conference and January 10, 2007 Jury Trial dates are vacated.

1  Failure to comply with this Order may be grounds for the
2  imposition of sanctions on any and all counsel as well as any
3  party or parties who cause non-compliance with this Order.
4       IT IS SO ORDERED.
5  DATED: November 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE