1  **Barbara Thompson, SBN 199997**
   **Todd Stress, SBN 062931**
2  Plumas County Counsel
   COUNTY OF PLUMAS
3  520 Main Street, Room 302
   Quincy, CA 95971
4  (530) 283-6240
   (530) 283-6116 (Fax)
5

6  **Carl L. Fessenden, SBN 161494**
   PORTER, SCOTT, WEIBERG & DELEHANT
7  A Professional Corporation
   350 University Avenue, Suite 200
8  Sacramento, California 95825
   Telephone:  (916) 929-1481
9  Facsimile:  (916) 927-3706

10 ATTORNEYS FOR Defendants COUNTY OF PLUMAS, CALIFORNIA, JOHN BANKS,
   BILL POWERS, ROBERT MEACHER, WILLIAM N. DENNISON, ROSE COMSTOCK
11 AND OLE OLSEN

12

13                          UNITED STATES DISTRICT COURT
14
                            EASTERN DISTRICT OF CALIFORNIA
15

16

17 ROBERT SCHMIDT,                         Case No.: 2:05-cv-1125 MCE GGH

18        Plaintiff,

19 vs.                                     **STIPULATION OF DISMISSAL**
                                           **PURSUANT TO F.R.C.P. 41(a)(1)**
20 COUNTY OF PLUMAS, CALIFORNIA,
   JOHN BANKS, CAROL LEE, BILL
21 POWERS, ROBERT MEACHER,
   WILLIAM N. DENNISON, ROSE
22 COMSTOCK and OLE OLSEN

23        Defendants.
                                       /
24

25        IT IS HEREBY STIPULATED by and between the parties to this litigation that the

26 claims alleged by Plaintiff against Defendants, COUNTY OF PLUMAS, CALIFORNIA,

27 JOHN BANKS, BILL POWERS, ROBERT MEACHER, WILLIAM N. DENNISON, ROSE

28 COMSTOCK AND OLE OLSEN, shall be dismissed, with prejudice, with each party to bear

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

1

00468306.WPD        STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

their owns costs and attorney's fees

Dated: December 19, 2006        PORTER, SCOTT, WEIBERG & DELEHANT
                                A Professional Corporation

                                By   /s/ Carl L. Fessenden
                                     Carl L. Fessenden
                                     Attorneys for Defendants
                                     COUNTY OF PLUMAS, CALIFORNIA,
                                     JOHN BANKS, BILL POWERS, ROBERT
                                     MEACHER, WILLIAM N. DENNISON,
                                     ROSE COMSTOCK AND OLE OLSEN

Dated: December 19, 2006        PARR LAW OFFICES

                                By   /s/ Treva L. Hearne
                                     Treva L. Hearne
                                     Attorneys for Plaintiff ROBERT SCHMIDT

IT IS HEREBY ORDERED that Defendants COUNTY OF PLUMAS, CALIFORNIA, JOHN BANKS, BILL POWERS, ROBERT MEACHER, WILLIAM N. DENNISON, ROSE COMSTOCK AND OLE OLSEN, be dismissed from this action with prejudice.

Dated: December 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com